

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00153-CV

Harold **GASKILL** III, M.D. and Harold Gaskill, M.D. P.A.,
Appellants

v.

**VHS SAN ANTONIO PARTNERS**, LLC d/b/a Baptist Health System and d/b/a North Central
Baptist Hospital, Baptist Heath System, North Central Baptist Hospital, Graham Reeve,
David Siegel, William Waechter, and Jaydeep Shah,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14959
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
REVERSED and this case is REMANDED to the trial court for further proceedings.

We ORDER that appellants, Harold Gaskill III, M.D. and Harold Gaskill III, M.D. P.A.,
recover their costs of this appeal from appellees, VHS San Antonio Partners, LLC d/b/a Baptist
Health System and d/b/a North Central Baptist Hospital, Baptist Heath System, North Central
Baptist Hospital, Graham Reeve, David Siegel, William Waechter, and Jaydeep Shah.

SIGNED December 17, 2014.

_Luz Elena D. Chapa, Justice_